IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SRE-CHEAPTRIPS, INC.,<br> a Delaware Corp.<br><br>      Plaintiff,<br><br>vs.<br><br>MEDIA SYNERGY GROUP, LLC, a<br>Virginia Limited Liability Company,<br>CHARLES ANTON, an individual,<br>and JOHN DOES 1-25<br>      Defendants. | Case No. CV 09-00622-S-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Order on Defendants' Motion to Dismiss, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is HEREBY **DISMISSED WITHOUT PREJUDICE**.

DATED: **May 12, 2010**

Honorable Edward J. Lodge
U. S. District Judge